UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>MARC C. OREIRO,<br>　　　　　　　　Defendant. | CASE NO. 2:25-cr-00138-LK<br><br>ORDER GRANING IN PART AND DENYING IN PART STIPULATED MOTION TO CONTINUE PRE-TRIAL DEADLINES |

　　　　This matter comes before the Court on Defendant Marc C. Oreiro's Stipulated Motion to Continue Pre-Trial Motions Deadline. Dkt. No. 34. The pretrial motions deadline in this matter is currently set for September 22, 2025, Dkt. No. 33, and Mr. Oreiro asks the Court to continue it to October 6, 2025, Dkt. No. 34 at 1. The Government "agrees a continuance . . . is appropriate under the circumstances." *Id.* at 2.  Trial is set for November 3, 2025. Dkt. No. 33.

　　　　This motion stems from Mr. Oreiro instructing his counsel on September 15, 2025—one week prior to the current pretrial motions deadline—to file a motion to withdraw and be substituted by newly appointed counsel. *See* Dkt. No. 34 at 2. Mr. Oreiro's counsel filed the requested motion seeking to withdraw on September 16, 2025. Dkt. No. 35. On September 17, 2025, Magistrate

1  Judge Tsuchida granted the motion, permitting Mr. Oreiro's counsel to withdraw and directing the
2  Clerk to coordinate appointment of new counsel. Dkt. No. 37. New counsel was appointed for Mr.
3  Oreiro that same day. Dkt. No. 38. The present motion, filed by Mr. Oreiro's now-former counsel,
4  argues that "new counsel will need time to consult with Mr. Oreiro and prepare the necessary
5  motion to continue" prior to the pretrial motions deadline. Dkt. No. 34 at 2.

6  "At any time before trial, the court may extend or reset the deadline for pretrial motions."
7  Fed. R. Crim. P. 12(c)(2). The court's discretion to do so is broad. *See* Fed. R. Crim. P. 12 advisory
8  committee's note to 2014 amendment; *Morris v. Slappy*, 461 U.S. 1, 11 (1983) (opining that
9  district courts have "broad discretion . . . on matters of continuances"). While the Court agrees that
10 Mr. Oreiro's new counsel will need time to prepare, the proposed extension is not in the interests
11 of justice. Pretrial motions filed on October 6, 2025—the proposed deadline—would have a noting
12 date of October 18, 2025. *See* LCrR 12(b)(6). That would leave the Court with insufficient time to
13 meaningfully review and rule on the motions prior to the pretrial conference, which is typically
14 scheduled ten days before trial (i.e., October 24, 2025). Therefore, the Court GRANTS IN PART
15 and DENIES IN PART Mr. Oreiro's motion. Dkt. No. 34. The pre-trial motions deadline is
16 extended to September 29, 2025.

18  Dated this 18th day of September, 2025.

20  Lauren King
    United States District Judge

ORDER GRANING IN PART AND DENYING IN PART STIPULATED MOTION TO CONTINUE PRE-TRIAL DEADLINES - 2