The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARC CAGEY OREIRO,

Defendant.

No. 2:25-cr-00138 LK

[Proposed]

ORDER GRANTING MOTION TO
WITHDRAW GUILTY PLEA AND
DISMSSAL OF SUPERSEDING
INFORMATION

The United States of America, by and through Celia A. Lee, and Attorney Peter Camiel, representing Defendant MARC CAGEY OREIRO, having moved by joint motion to withdraw the guilty plea in this matter and to dismiss the Superseding Information, and the Court having considered the basis set forth in the joint motion, as well as the file and record therein, the Court orders as follows:

IT IS HEREBY ORDERED that the joint motion to withdraw the guilty plea in this matter is granted.

//

//

//

Order Granting Motion - 1
*United States v. Oreiro*, 2:25-cr-00138 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS ALSO HEREBY ORDERED that the Superseding Information is dismissed. The defendant remains detained pending disposition of the charge contained in the Indictment.

Dated this ___20th___ day of May 2026.

Respectfully submitted,

HON. LAUREN KING
United States District Judge

PRESENTED BY:

*s/ Celia A. Lee*
CELIA A. LEE
Assistant United States Attorney

Order Granting Motion - 2
*United States v. Oreiro*, 2:25-cr-00138 LK

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970