UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>MARC C. OREIRO,<br><br>     Defendant. | CASE NO. 2:25-cr-00138-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO ACCELERATE SENTENCING |

This matter comes before the Court on Defendant Marc Cagey Oreiro's Unopposed Motion to Accelerate Sentencing Hearing. Dkt. No. 58.

Mr. Oreiro originally entered a guilty plea on May 1, 2026 to a charge of Assault by Strangulation, at which time his sentencing was scheduled for July 29, 2026, but "[s]oon after the entry of his plea it was discovered the that plea documents . . . had an incorrect statutory citation necessitating withdrawal of the plea and a new plea hearing for re-entry of the guilty plea to the corrected statutory citation." *Id.* Mr. Oreiro reentered his guilty plea on June 3, 2026. *Id.* at 1–2. Magistrate Judge Brian Tsuchida issued a Report and Recommendation ("R&R") recommending that the Court accept Mr. Oreiro's plea of guilty. Dkt. No. 57. The R&R is noted for the Court's

ORDER GRANTING UNOPPOSED MOTION TO ACCELERATE SENTENCING - 1

consideration on June 18, 2026, *id.*, and Mr. Oreiro's sentencing is currently scheduled for September 2, 2026, Dkt. No. 54.

Mr. Oreiro requests that the Court accelerate his sentencing hearing to August 12, 2026. Dkt. No. 58 at 1. Neither the Government nor United States Probation and Pretrial Services oppose the request. *Id.* Mr. Oreiro submits this request because his "counsel is leaving the country on August 29th and will be unavailable until late September," so "[r]ather than seek a delay in Mr. Oreiro's sentencing, the parties are in agreement with moving forward the sentencing hearing." *Id.* at 2. "Mr. Oreiro is in custody, detained at the FDC and has consented to the request to advance his sentencing hearing." *Id.*

The Court finds that Mr. Oreiro has shown good cause to accelerate his sentencing, and therefore GRANTS his motion. Dkt. No. 58. Sentencing is scheduled for August 12, 2026, at 10:00 a.m.

Dated this 5th day of June, 2026.

Lauren King
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO ACCELERATE SENTENCING - 2